Opinion issued August 30, 2010

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-09-00775-CV

____________

 

STEPHEN J. FRIEDMAN, TRUSTEE OF THE STEPHEN J.
FRIEDMAN FAMILY TRUST; SAUL FRIEDMAN, TRUSTEE OF THE SAUL FRIEDMAN FAMILY
TRUST; ELAINE FRIEDMAN; STEPHEN J. FRIEDMAN; STEPHEN J. FRIEDMAN, TRUSTEE OF
THE STEPHEN J. FRIEDMAN FAMILY TRUST DATED MAY 10, 1998; SAUL FRIEDMAN, TRUSTEE
OF THE SAUL FRIEDMAN FAMILY TRUST DATED DECEMBER 29, 1987 F/B/O SUSAN FRIEDMAN
KAPLAN, Appellants

 

V.

 

STEEPLECHASE PARK OWNERS ASSOCIATION, INC., Appellee

 

 

 



On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 2007-01989

 

 

 



MEMORANDUM  OPINION








          Appellants
Stephen J. Friedman, Trustee of the Stephen J. Friedman Family Trust; Saul
Friedman, Trustee of the Saul Friedman Family Trust; Elaine Friedman; Stephen
J. Friedman; Stephen J. Friedman, Trustee of the Stephen J. Friedman Family
Trust Dated May 10, 1998; Saul Friedman, Trustee of the Saul Friedman Family
Trust dated December 29, 1987 f/b/o Susan Friedman Kaplan have filed a motion
to dismiss the appeal.  More than 10 days
have elapsed, and no objection has been filed. 
No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed.  Tex.
R. App. P. 42.1(a)(1).

          All other
pending motions in this appeal are overruled as moot.  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER
CURIAM

Panel consists of Justices Keyes, Alcala, and Higley.